AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

JUN 20 2019

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alexandru Zatreanu
AKA: Alexandru Viezure

IAE   YOB: 1989
Romania
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19-1454-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 18, 2019** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Romania in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Alexandru Zatreanu was encountered by Border Patrol Agents near Roma, Texas on June 18, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 18, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 5, 2019 through Los Angeles, California. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Approved by AUSA S. DiPiazza 6/20/19 2:31pm
*S. DiPiazza*

Continued on the attached sheet and made a part of this complaint:  ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

June 20, 2019    4:00 pm

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Mickel Gonzalez    Border Patrol Agent

Signature of Judicial Officer